# LEVIN-EPSTEIN & ASSOCIATES, P.C.
_____
60 East 42nd Street • Suite 4700 • New York, New York 101
T: 212.792-0046 • E: Jason@levinepstein.com

August 9, 2021

<u>***Via Electronic Filing***</u>
The Honorable Robert M. Levy, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:    *Zepeda Ochoa v. Famous Pizza of Jackson Heights Corp. et al*
                       <u>Case No.: 21-cv-01604</u>

Dear Honorable Magistrate Judge Levy:

      This law firm represents Defendants Famous Pizza of Jackson Heights Corp. d/b/a Elmhurst Famous Pizza, Elmhurst Famous Pizza Corp. d/b/a Elmhurst Famous Pizza, and Louis Antonio (collectively, the "Defendants").

      Pursuant to Your Honor's Individual Motion Practice Rule 2(E), this letter respectfully serves as a request to adjourn the Settlement Conference currently scheduled for August 11, 2021 at 11:00 a.m., to a date and time set by the Court after September 30, 2021.

      This is the first request of its nature. If granted, this request would not affect any other scheduled deadlines.

      This request is made on consent of Plaintiff, who respectfully requests that the Settlement Conference be scheduled on a Wednesday, due to the fact that Plaintiff is scheduled to work the remaining days of the week, and it is difficult for Plaintiff to call off of work.

      The basis for the adjournment request is that the undersigned law firm anticipates making a document production to Plaintiff's counsel in advance of the Settlement Conference. Additional time is needed to obtain the necessary documents from Defendants, review the documents, produce them to Plaintiff's counsel, and engage in substantive meet-and-conferrals ahead of the Settlement Conference.

      In light of the foregoing, Defendants respectfully request that the Settlement Conference currently scheduled for August 11, 2021 at 11:00 a.m., be adjourned to a date and time set by the Court after September 30, 2021, on a Wednesday.

      Thank you, in advance, for your time and attention.

                                                    Respectfully submitted,

                                                    LEVIN-EPSTEIN & ASSOCIATES, P.C.

                          By:  <u>/s/ Jason Mizrahi        </u>
                               Jason Mizrahi
                               60 East 42nd Street
                               New York, New York 10165
                               Tel. No.: (212) 792-0048
                               Email: Jason@levinepstein.com
                               *Attorneys for Defendants*