# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 E. 42nd Street, Suite 2020                                               Telephone: (212) 317-1200
New York, New York 10165                                               Facsimile: (212) 317-1620

―――――――

cerrington@faillacelaw.com

August 11, 2021

**VIA ECF**
Honorable Robert Levy
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:     <u>Zepeda Ochoa v. Famous Pizza of Jackson Heights Corp. et al, 21-cv-01604</u>

Your Honor,

          This firm represents the Plaintiff. We write with the consent of counsel for the Defendants in regards to the Settlement Conference recently rescheduled for October 27, 2021

          The Plaintiff has advised that he is away for a religious observance during that week and respectfully requests that the conference be rescheduled for another Wednesday at the Court's convenience. He requests it be a Wednesday as it is his day off from work and it is difficult for him to call off.

          This is the third request of its kind. The first and second were granted because the Defendants anticipate producing documents to the Plaintiff that would materially affect settlement negotiations.

          The adjournment would not affect any other scheduled deadlines.

          We thank the Court for its time and attention to this matter.

                    Respectfully submitted,

                    /s/Clela Errington
                    Clela A. Errington, Esq.
                    MICHAEL FAILLACE & ASSOCIATES, P.C.
                    Attorneys for the Plaintiffs