# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 2020　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

cerrington@faillacelaw.com

October 26, 2021

**VIA ECF**
Honorable Brian M. Cogan
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

　　　　　　Re:　Zepeda Ochoa v. Famous Pizza of Jackson Heights Corp. et al, 21-cv-01604

Your Honor,

　　This firm represents the Plaintiff in the above-referenced matter. We write to request an adjournment *sine die* of all pending deadlines and appearances as we intend to file a motion to withdraw from the action on the basis that the Plaintiff has ceased all communication with this office.

　　This is the first request of its kind and is made with the consent of the Defendants.

　　We thank the Court for its time and attention to this matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/Clela Errington
　　　　　　　　　　　　　　　　　　　Clela A. Errington, Esq.
　　　　　　　　　　　　　　　　　　　MICHAEL FAILLACE & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　　　Attorneys for the Plaintiffs