# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E 42nd Street, Suite 2540  
New York, New York 10165  

michael@faillacelaw.com

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

October 29, 2021

**Via ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
300 Cadman Plaza E.
Brooklyn, NY

   Re:  **Zepeda Ochoa v. Elmhurst Famous Pizza of Jackson Heights Corp. et al**
      **21-cv-1604**

Your Honor:

  This office represents Plaintiff in the above-referenced matter. We write to request permission to withdraw as attorneys for Plaintiff Abel Noel Zepeda Ochoa pursuant to Local Civil Rule 1.4.

  This request is necessary because Plaintiff has failed to cooperate with the prosecution of this matter. The Plaintiff informed this office that he would be returning to his native Honduras earlier this month. He did not specify when or if he would return, nor did he provide a forwarding address or telephone number where he could be reached abroad, despite being asked. This office has made numerous attempts to contact him via the messaging app WhatsApp as well as via his emergency contact, who confirmed that he had left the state but did not know where he is.

  To date, despite our efforts, Mr. Zepeda has not responded. Accordingly, we see no choice but to seek to withdraw as counsel for him. We will not be asserting a charging or retaining lien. We are serving this application, both in English and Spanish, upon Plaintiff's last known home address as well as via Whatsapp.

  If the Court requires any additional information for this application, we will provide it. We thank the court for its attention to this matter.

          Respectfully Submitted,

          /s/ Michael Faillace
          Michael Faillace
          MICHAEL FAILLACE & ASSOCIATES, P.C.
          Attorneys for Plaintiffs

Page 2

Cc: (Via First Class Mail)

Abel Noel Zepeda Ochoa
5525 97th Street
Corona NY 11368