# Michael Faillace & Associates, P.C.
### Employment and Litigation Attorneys

60 E 42nd Street, Suite 2540  
New York, New York 10165  
_____  
michael@faillacelaw.com

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

October 29, 2021

**Via ECF**  
Honorable Brian M. Cogan  
United States District Court  
Eastern District of New York  
300 Cadman Plaza E.  
Brooklyn, NY

Re: **Zepeda Ochoa v. Elmhurst Famous Pizza of Jackson Heights Corp. et al**  
**21-cv-1604**

Su Señoría:

Esta oficina representa al demandante en el asunto mencionado anteriormente. Escribimos para solicitar permiso para retirarse como abogados del demandante Abel Noel Zepeda Ochoa de acuerdo con la Regla Civil Local 1,4.

Esta solicitud es necesaria porque el demandante no ha cooperado con el procesamiento de este asunto. El demandante informó a esta oficina que regresaría a su Honduras natal a principios de este mes. No especificó cuándo o si regresaría, ni tampoco dio una dirección de reenvío o número de teléfono en el que pudiera ser contactado en el extranjero, a pesar de que se le preguntó. Esta oficina ha realizado numerosos intentos de ponerse en contacto con él a través de la aplicación de mensajería WhatsApp, así como a través de su contacto de emergencia, quien confirmó que había abandonado el estado pero no sabía dónde estaba.

Hasta la fecha, a pesar de nuestros esfuerzos, el Sr. Zepeda no ha respondido. En consecuencia, no vemos otra opción que tratar de retirarse como abogado para él. No vamos a afirmar un cobro o retención de gravamen. Estamos sirviendo esta solicitud, tanto en inglés como en español, en la última dirección conocida del demandante, así como a través de WhatsApp.

Si el Tribunal requiere alguna información adicional para esta solicitud, se la proporcionaremos. Agradecemos al tribunal su atención a este asunto.

Respetuosamente presentado,

/s/ Michael Faillace  
Michael Faillace  
MICHAEL FAILLACE & ASSOCIATES, P.C.  
Attorneys for Plaintiffs

Cc: (Via First Class Mail)

Abel Noel Zepeda Ochoa
5525 97th Street
Corona NY 11368