UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ABEL NOEL ZEPEDA OCHOA
individually and on behalf of others similarly situated,

                      Plaintiff,

    -against-

FAMOUS PIZZA OF JACKSON HEIGHTS CORP. (D/B/A ELMHURST FAMOUS PIZZA), ELMHURST FAMOUS PIZZA CORP. (D/B/A ELMHURST FAMOUS PIZZA), and LOUIS ANTONIO

                      Defendants.
-------------------------------------------------------X

21-cv-1604

**CERTIFICATE OF SERVICE**

Fidel Lozano certifies as follows:

I am a natural person above the age of eighteen years and am not a party in the above-captioned action. On this twenty-ninth day of October, 2021, I served copies of MOTION to Withdraw as Attorney in English and translated in Spanish (Dkt No. 28) and Judge Brian M. Cogan's ORDER conditionally granting Dkt No. 28 in English and in Spanish, dated 10/29/2021, via First Class Mail, Return Receipt Requested to:

Abel Noel Zepeda Ochoa
5525 97th Street
Corona NY 11368

_____
FIDEL LOZANO